IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DENNIS B. MCGUIRE,

        Petitioner,   :   Case No. 3:12-cv-310

- vs -   :   Chief Judge Susan J. Dlott
           Magistrate Judge Michael R. Merz

NORMAN ROBINSON, Warden,   :

        Respondent.   :

                      :

---

**ORDER ADOPTING REPORT AND RECOMMENDATION**

---

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael R. Merz (Doc. #12), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendation.

Accordingly, it is hereby ORDERED that this case be dismissed with prejudice as moot.

February 6, 2014.

                                              Susan J. Dlott
                                              Chief United States District Judge